# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 554 MAL 2015

        Respondent               :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

        v.                    :

                           :

ENECA WILLIAMS,            :

        Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.